USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUT.
PROT. AND INDEM. ASSOC., INC,

                Plaintiff,

        - against -

TIANJIN (HEBEI) SHIPPING CO. LTD. and
HORISE SHIPPING CO. LTD.,

                Defendants.
-------------------------------------------------------------x

09 Civ. 7785 (RMB)

**ORDER**

It is hereby ordered that Plaintiff's application for Process of Maritime Attachment and Garnishment is denied without prejudice. Should Plaintiff wish to renew its application for Process of Maritime Attachment, Plaintiff shall file an Amended Verified Complaint identifying, by name, the garnishees it intends to serve with the Process of Maritime Attachment.

It is further ordered that Plaintiff shall submit any Amended Verified Complaint no later than Tuesday, September 22, 2009. Absent the submission of a properly supported Amended Verified Complaint, or an affidavit showing good cause why the case should not be dismissed, the action will be dismissed without prejudice at that time.

**SO ORDERED.**

Dated: New York, New York
       September 15, 2009

                                                _____
                                                RICHARD M. BERMAN, U.S.D.J.